# DECISIONS IN CASES NOT REPORTED.

## First Department, January Term, 1894.

Joel Sammet, Respondent, v. Louis Monsheimer, Appellant.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs.— Appeal from order striking out answer as frivolous.— Per Curiam: We are clearly of opinion that the answer stricken out is not frivolous. The order should be reversed, with ten dollars costs and disbursements and the motion denied, with ten dollars costs. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

Edward Gustaveson, Respondent, v. Ira L. Otis and Others, Appellants.— Order reversed and motion granted, as stated in opinion, with ten dollars costs and disbursements to abide final event.— Appeal from order denying motion to make complaint more definite and certain.— Per Curiam: So much of the motion as asks that the complaint should be made more definite and certain, by including a definite description of the premises alleged to have been occupied, should have been granted. The order should be reversed and motion granted to this extent, with ten dollars costs and disbursements to abide the event. Present — Van Brunt, P. J., O'Brien and Parker, JJ.

Joseph Rafolovitz v. American Tobacco Company.— Motion granted, with ten dollars costs.

Henry Horbeck v. Sarah Katherine Pupin.— The order will be resettled by reversing order upon the facts.

James E. Howell v. William Donegan.— Motion denied, with ten dollars costs.

Philo T. Ruggles v. Francis X. Stafford and Others.— Motion denied.

Philo T. Ruggles v. Francis X. Stafford and Others.— Motion denied.

In the Matter of the Application of William A. Alderson.— Order signed.

Edward M. Steck, Respondent, v. The Colorado Fuel and Iron Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Mary McCarthy, as Administratrix, etc., Appellant, v. Thomas J. Sullivan, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Adolph Moonelis and Others, Appellants, v. James E. Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Canadian Agricultural, Coal and Colonization Company v. Joseph L. Spofford.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

Therese Murphy, as Administratrix, etc., Appellant; v. Frank K. Hays and Others, Respondents.— Judgment affirmed, with costs.— Appeal from a judgment of this court, dismissing plaintiff's complaint, in a case tried before Mr. Justice Beach and a jury.— Per Curiam: While a portion of the opinion of this court on the former appeal (68 Hun, 450) is not applicable on this review, because it discusses the testimony of the engineer, who was not sworn on the retrial, it is, in other respects, in point. As a re-examination of the case has not led to any change in the position then taken and expressed by the court, further discussion need not be had. The judgment should be affirmed, with costs.

Present — Van Brunt, P. J., O'Brien and Parker, JJ.

George W. Lederer, Appellant, v. Tribune Association and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.

Charles L. Dimon, as Administrator, etc., Respondent, v. Martha Keery. Appellant.— Order affirmed, with ten dollars costs and disbursements.

Frank W. Sanger v. Thomas H. French.— Order affirmed, with ten dollars costs and disbursements.

Henry Winthrop Gray, as Receiver, etc., v. Louis Muhlhauser, Appellant, Impleaded, etc.— Appeal dismissed, without costs.— Appeal from order denying motion to retax plaintiff's bill of costs.— Per Curiam: The judgment in this case having been reversed, it is unnecessary to decide the questions here raised upon taxation of costs. Appeal dismissed, without costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

John E. Domschke v. The Metropolitan Elevated Railway Company and Others.— Motion for reargument denied. O'Brien, J., having concurred in opinion of Mr. Justice Follett, motion for reargument denied, without costs. (For Judge Follett's opinion, see 74 Hun, 442.)

Lucy H. Kuhn, Respondent, v. New York Elevated Railway Company and Others, Appellants.— Judgment affirmed, with costs.— Appeal from judgment, entered after trial at Special Term.— Per Curiam: All the questions, except one of fact, raised upon this appeal seem to have been passed upon by the court of last resort; and although those decisions are not entirely harmonious, we do not think there has been any departure from the rules laid down by those adjudications, and upon the consideration of the evidence we see no reason for interfering with the conclusions as to the damage sustained by the premises in question of the learned court below. The gravamen of the argument upon the part of the counsel for the defendant seems to be that no property in the city of New York would ever have increased in value had it not been for the existence of the elevated railroads, and that they are the beneficent authors of all the prosperity which has blessed our city. We do not think that the evidence in this case requires us to consider this proposition. The judgment should be affirmed, with costs. Present — Van Brunt, P. J., Follett and Parker, JJ.

The People of the State of New York ex rel. The Standard Gas Light Company, Respondent, v. Michael T. Daly, as Commissioner, etc., Appellant.— Order affirmed, with fifty dollars costs and printing disbursements.— Appeal from order granting peremptory writ of mandamus.— Per Curiam: The order granting a peremptory writ of mandamus, requiring the commissioner of public works to forthwith award and grant permits to the Standard Gas Light Company to open certain streets for the purpose of laying mains and making main connections, was in accordance with a previous decision of the court (67 Hun, 323).